

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| JOSHUA CAINE DAVIS <br>    also known as Big Bro or Boss, <br> ADAM WADE BEAR, <br> LINDSEY LOUISE KRAJECK <br>    also known as Lindsey Bouchillon, <br> VICTOR JAMES RAY, <br> DAVID MICHAEL GARBER, <br> HARVEY LLOYD NAPIER, <br> COY ALLEN MCMURRAY, <br> DUSTIN AMOS BARNETTE <br>    also known as Barney, <br> ALFONSO RAMACUS, <br> MARK ADAM BURKE, <br> CONNIE PAIGE TERRY <br>    also known as Connie Graybeal, <br> JAMES ROBERT GRAYBEAL, <br> LARRY BLANE HAWKINS <br>    also known as Budda, <br> ALYSSA FAITH BLEVINS, <br> STEVEN RAY EISENMENGER <br>    also known as Curly, <br> JAMES CURTIS MCDAVID <br>    also known as Big Curt, <br> HOLLI CHEREE HENSLEY, <br> DUSTIN KEITH OVERBAY <br>    also known as Player Red, <br> TERRA LYNN FETHERMAN, <br> TIMOTHY MCKENZIE PARKER, <br> BRITTANY NICOLE SAGE <br>    also known as Ride or Die, <br> MICHAEL WILLIAM SPROLES, <br> TYLER REECE DENISON, <br> BOBBIE SUE GIDEON, <br> CHESTER HINEGARDNER <br>    also known as CJ, <br> CALEB NATHANIEL DAUGHERTY, <br> FAITH LYNN KISER, <br> JASON WADE BINGHAM, <br> CALEB SCOTT VILLAR <br>    also known as Handyman, <br> WARREN KEITH EDWARDS, <br> MATTHEW DILLON HILTON, | No. 2:19-CR-196 <br> JUDGE GREER <br><br> TO BE SEALED |

| | |
|---|---|
| SHERRI RENEE HILLMAN | ) |
|    also known as 9 Ball, | ) |
| ALLEN WAYNE NEFF | ) |

## MOTION TO SEAL

COMES NOW, the United States of America, by and through the United States Attorney for the Eastern District of Tennessee, and hereby moves to seal all documents in this case, including the Motion to Seal, until such time as the defendants have made an initial appearance before the court, at which time the file may be unsealed unless the court otherwise orders. The sealing of this file should not prevent disclosure of the indictment to duly authorized law enforcement officers or the United States Marshals for purposes of arrest or apprehension of the named defendants.

Respectfully submitted, this the 10th day of December, 2019.

                                          J. DOUGLAS OVERBEY
                                          United States Attorney

                BY:   *s/J. Gregory Bowman*
                          J. GREGORY BOWMAN
                          Assistant U.S. Attorney
                          BPR# 017896
                          220 West Depot Street, Ste. 423
                          Greeneville, TN 37743
                          (423) 639-6759
                          Greg.Bowman@usdoj.gov