19-196
JRG1

Defendant Name: JOSHUA CAINE DAVIS also known as Big Bro or Boss,
ADAM WADE BEAR,
LINDSEY LOUISE KRAJECK also known as Lindsey Bouchillon,
VICTOR JAMES RAY,
DAVID MICHAEL GARBER,
HARVEY LLOYD NAPIER,
COY ALLEN MCMURRAY,
DUSTIN AMOS BARNETTE also known as Barney,
ALFONSO RAMACUS,
MARK ADAM BURKE,
CONNIE PAIGE TERRY also known as Connie Graybeal,
JAMES ROBERT GRAYBEAL,
LARRY BLANE HAWKINS also known as Budda,
ALYSSA FAITH BLEVINS,
STEVEN RAY EISENMENGER also known as Curly,
JAMES CURTIS MCDAVID also known as Big Curt,
HOLLI CHEREE HENSLEY,
DUSTIN KEITH OVERBAY also known as Player Red,
TERRA LYNN FETHERMAN,
TIMOTHY MCKENZIE PARKER,
BRITTANY NICOLE SAGE also known as Ride or Die,
MICHAEL WILLIAM SPROLES,
TYLER REECE DENISON,
BOBBIE SUE GIDEON,
CHESTER HINEGARDNER also known as CJ,
CALEB NATHANIEL DAUGHERTY,
FAITH LYNN KISER,
JASON WADE BINGHAM,
CALEB SCOTT VILLAR also known as Handyman,
WARREN KEITH EDWARDS,
MATTHEW DILLON HILTON,
SHERRI RENEE HILLMAN also known as 9 Ball, and
ALLEN WAYNE NEFF

Place of Offense (City & County): Johnson City/Sullivan County

Juvenile: Yes ____ No ____   Matter to be Sealed: Yes _x_ No ___

Interpreter: No _x_ Yes ____   Language: _____

Total # of Counts: ___ Petty ___ Misdemeanor (Class ___) _39_ Felony

| | **INDICTMENT**<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Conspiracy to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance (21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)) | 1 |
| | Aided and abetted by another, possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance (21 U.S.C. §§ 841(a)(1), (b)(1)(A) and 18 U.S.C. § 2) | 2, 15 |
| | Possession of a firearm in furtherance of a drug trafficking offense (18 U.S.C. § 924(c)(1)(A)) | 3, 5, 7, 9, 10, 14, 17, 21, 24, 26, 28, 29, 32, 37, 38 |
| | Being a felon in possession of a firearm (18 U.S.C. § 922(g)(1)) | 4, 6, 11, 22, 30, 39 |
| | Possess with the intent to distribute a quantity of methamphetamine, a Schedule II controlled substance (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)) | 8 |
| | Possess with the intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)) | 12, 13, 19, 25, 31, 35, 36 |
| | Distributing 5 grams or more of methamphetamine, a Schedule II controlled substance (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)) | 16 |
| | Possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance (21 U.S.C. §§ 841(a)(1), (b)(1)(A)) | 18, 20, 23, 27, 34 |
| | Possession of a firearm with an obliterated serial number (18 U.S.C. § 922(k), 924(a)(1)(B)) | 33 |

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed: No ___ Yes _x_ Case No. 2:19-MJ-261 (U.S. v. Dustin Overbay)

Defendant on Supervised Release: Yes _____ No _____

Violation Warrant Issued? Yes _____ No _____ __ Case No. _____

Related Case(s):

2:19-CR-165 (U.S. v. James Curtis McDavid) Same defendant included with this indictment. McDavid has not been arrested/arraigned in Case 2:19-CR-165. Case 2:19-CR-165 will be dismissed.
Case Number          Defendant's attorney          How related

2:19-CR-132 (U.S. v. Thomas Cole) D.R. Smith (attorney) Part of same investigation
Case Number          Defendant's attorney          How related

2:19-CR-47 (U.S. v. Bear/Robinson) Jerry Laughlin (attorney for Bear) Wayne Stambaugh (attorney for Robinson) Part of same investigation
Case Number          Defendant's attorney          How related

2:18-CR-17 Defendant: Lisa Carol Weems ONLY Loretta G. Cravens (attorney)
Case Number          Defendant's attorney          How related

**Criminal Informations:**

Pending criminal case:    No _____    Yes _____    Case No. _____

New Separate Case _____    Supersedes Pending Case _____

Name of defendant's attorney: _____

Retained: _____    Appointed: _____

Date: <u>December 10, 2019</u>    Signature of AUSA:  <u>*s/J. Gregory Bowman*</u>