AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**EASTERN** DISTRICT OF **TENNESSEE**

UNITED STATES OF AMERICA

V.

Joshua Cain Davis

## EXHIBIT AND WITNESS LIST

Case Number: 2:19-CR-196

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Cynthia Richardson Wyrick | J. Gregory Bowman | D. R. Smith |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/30/19 | DCR | Jason Keeton |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | w | 12/30/2019 |  |  | Joseph L. Tribble |
|  | w | 12/30/2019 |  |  | Mary Napier |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages